UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:16-CV-688-GNS
*Electronically Filed*

Cheryl Hill as Administratrix of the Estate of
Charles R. McIntyre                                                                                             PLAINTIFF

v.

Diversicare Highlands LLC d/b/a
Highlands Health and Rehabilitation Center
Diversicare Leasing Corp.
Advocat Finance, Inc.
Diversicare Management Services Co.
Diversicare Healthcare Services, Inc. and
Karole Hamilton, in her former capacity as
Administrator of Highlands Health and
Rehabilitation Center.                                                                                           DEFENDANTS

## AGREED ORDER OF DISMISSAL

Cheryl Hill, Administratrix of the Estate of Charles R. McIntyre, by counsel, and Defendants, Diversicare Highlands LLC d/b/a Highlands Health and Rehabilitation Center; Diversicare Leasing Corp.; Advocat Finance, Inc.; Diversicare Management Services Co. Diversicare Healthcare Services, Inc.; and Karole Hamilton, in her former capacity as Administrator of Highlands Health and Rehabilitation Center, by counsel, having agreed to settle all claims in connection with this matter and settlement having occurred;

IT IS HEREBY ORDERED that this case and all claims against the Defendants may be and the same are hereby DISMISSED WITH PREJUDICE, all matters in controversy and all claims among all the parties having been settled, with each party bearing their own costs and attorney's fees. The Arbitrator being satisfied that there is no just reason for delay, this is a final and appealable Order.

**Greg N. Stivers, Judge**
**United States District Court**

February 6, 2018